DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Lanier<br><br>Case below:<br>165 N.C. App. 337 | No. 449P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-476) | Denied (12/02/04) |
|---|---|---|---|
| State v. Lewis<br><br>Case below:<br>166 N.C. App. 596 | No. 558PA04 | 1. AG's Motion for Temporary Stay (COA03-785)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA Based Upon a Constitutional Question<br><br>4. AG's PDR Under N.C.G.S. § 7A-31<br><br>5. Def's Motion to Dismiss Appeal | 1. Allowed **11/01/04**<br><br>2. Allowed (12/02/04)<br><br>3. ——<br><br>4. Allowed (12/02/04)<br><br>5. Allowed (12/02/04) |
| State v. Lyons<br><br>Case below:<br>165 N.C. App. 905 | No. 489P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-792) | Denied (12/02/04) |
| State v. Macias<br><br>Case below:<br>154 N.C. App. 743 | No. 510P04 | Def's PWC to Review the Decision of the COA (COA02-340) | Denied (12/02/04) |
| State v. McDonald<br><br>Case below:<br>165 N.C. App. 237 | No. 401P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-534) | Denied (12/02/04) |
| State v. Milton<br><br>Case below:<br>166 N.C. App. 515 | No. 555P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1470) | Denied (12/02/04) |
| State v. Newsom<br><br>Case below:<br>165 N.C. App. 277 | No. 406P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1403) | Denied (12/02/04) |
| State v. Pelham<br><br>Case below:<br>164 N.C. App. 70 | No. 279P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-636)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied (12/02/04)<br><br>3. Allowed |